# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN CRENSHAW, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN WALTER MYERS, and THE ) <br> ATTORNEY GENERAL FOR THE ) <br> STATE OF ALABAMA, ) <br> ) <br> Respondents. ) | Case Number: <br> 2:17-cv-01060-KOB-JEO |

## MEMORANDUM OPINION

Steven Crenshaw, an Alabama state prisoner acting *pro se*, filed this habeas corpus action pursuant to 28 U.S.C. § 2254. (Doc. 1). On January 23, 2017, the magistrate judge to whom the case was referred for preliminary review entered a report and recommendation ("R&R"). (Doc. 4). Specifically, he recommended that this action be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631. Despite being afforded an opportunity to object the magistrate judge's recommendation, Crenshaw has not filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and

his recommendation is **ACCEPTED**. Accordingly, Crenshaw's petition for a writ of habeas corpus is due to be transferred to the United States District Court for the Middle District of Alabama.

The court will enter a separate Order.

DONE and ORDERED this 28th day of February, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE